IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                      Case No. 4:00-cr-40023

ELBERT JOHNSON                                                                          DEFENDANT

## ORDER

Before the Court is Defendant's Motion for Leave to File Exhibits Under Seal. ECF No. 162. Defendant moves for permission to file under seal three exhibits to his Motion to Reduce Sentence. ECF No. 161. Defendant asserts that these three exhibits contain medical records and personal and confidential information. Upon consideration, the Court finds that Defendant's Motion for Leave to File Exhibits Under Seal (ECF No. 162) should be and hereby is **GRANTED**. Defendant is permitted to file under seal Exhibits C, D, and E to his Motion to Reduce Sentence.

**IT IS SO ORDERED**, this 19th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge